UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-34514 |
| | ) | |
| Fred Lewis Harrison, Jr | ) | Chapter:  13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

**ORDER ON CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY
(FIRST MORTGAGE)**

This matter is before the Court on the Motion for Relief from Automatic Stay by Nationstar Mortgage LLC (hereinafter "Movant").

The automatic stay is modified to permit Movant to enforce its rights against the property described as 5520 Feathercreek Rd, Matteson, IL 60443-1100 pursuant to the terms and conditions of contract and applicable nonbankruptcy law.

Pursuant to 11 U.S.C. § 362 it is ORDERED that the motion is granted.  The fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) is waived.

Enter: *Jacqueline P Cox*
J. Cox

Dated: JAN 25 2016

United States Bankruptcy Judge

**Prepared by:**
Todd J. Ruchman (6271827)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Keith Levy (6279243)
Sarah E. Willms (28840-64)
Edward R. Peterka (6220416)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor

Rev: 20151029_bko